# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM HYNDMAN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STANLEY JOHNSON and BACK IN TIME | : | NO. 10-7131 |
| CLASSIC, STREET & MUSCLE CARS, INC. | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *14th* day of *February*, 2011, upon consideration of Defendants Stanley Johnson and Back In Time Classic, Street & Muscle Cars, Inc.'s Motion to Dismiss Plaintiff William Hyndman's Complaint (Docket No. 4) and Plaintiff's Response (Docket No. 6), it is hereby **ORDERED** that the Motion is granted in part and denied in part as follows:

1. Moving Defendants' Motion to Dismiss Plaintiff's claims against Defendant Back In Time Classic, Street & Muscle Cars, Inc. for lack of personal jurisdiction and improper venue is **DENIED**.

2. Moving Defendants' Motion to Dismiss Plaintiff's claims against Defendant Stanley Johnson for lack of personal jurisdiction and improper venue is **GRANTED**. All claims against Defendant Johnson are **DISMISSED**.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.